

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AB:JV
F. # 2018R02044

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 23, 2019

<u>By E-mail and ECF</u>

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>United States v. Jason Vale and Barbara Vale</u>
     <u>Docket No. 19-MJ-969</u>

Dear Judge Bulsara:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

       By: /s/ John Vagelatos
         John Vagelatos
         Assistant U.S. Attorney
         (718) 254-6182

Enclosure

cc: Clerk of Court (by ECF)

AB:JV
F.# 2018R02044

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | P R O P O S E D   O R D E R |
| - against - | Docket No. 19-MJ-969 |
| JASON VALE and BARBARA VALE, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney John Vagelatos, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated: Brooklyn, New York
October 23, 2019

_____
HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK