# INITIAL APPEARANCE CALENDAR

Magistrate Judge: __Sanket Bulsara__   Date: __10/23/19__

Magistrate Case Number: __19-969M__   LOG #: __5:00 – 5:24__

Defendant's Name: __Barbara Vale__

☑ Court appointed counsel.   ☐ Defendant retained counsel.

Defense Counsel: __Nicolas Bourtin__   CJA: ☑   FDNY: ___   RET: ___

A.U.S.A. __John Vagelatos__   Clerk: __Felix Chin__

Interpreter: _____   Language: _____

☑ ARRAIGNMENT on Complaint held.   ☐ Government Agent Sworn

☐ DETENTION HEARING Held:   ☐ Government opposed bail for reasons stated on the record.

☑ Bond set at __$100,000__.   ☑ Bond set on consent of both parties.

Defendant: ☑ released   ☐ held pending satisfaction of bond conditions.

☑ Defendant advised of bond conditions set by the Court and signed the bond.

_1_ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

☐ (Additional) surety/ies to co-sign bond by _____

☐ After detention hearing, Court orders detention in custody.   ☐ Leave to reopen granted

☐ Temporary Order of Detention Issued. Bail Hearing set for _____

☐ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

☑ Preliminary Hearing set for: _____; or   ☑ waived by defendant

☑ Status Conference set for: __11/25/19 @ 11:00__ before ~~Judge~~ __duty MJ__

☐ Medical memo issued.

☐ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

   ☐ Identity hearing held. Court ☐ orders removal ☐ denies removal

   ☐ Defendant waives: ☐ identity hearing ☐ preliminary hearing

   ☐ Identity/ Removal Hearing set for: _____

   ☐ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: __CJA counsel appointed for 30 days until next status conference. Counsel shall present additional financial information to seek permanent appointment.__