As defendant Barbara Vale does not satisfy the need requirement of the CJA Plan, defense counsel's request that he continue his CJA appointment is denied. To the extent that defense counsel is requesting that the Court approve his retention by Mrs. Vale on a private but pro bono basis, that application is granted.