UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BARBARA VALE,
         Defendant.

Case No. 19-MJ-969

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Erika C. Freeman, of the law firm Sullivan & Cromwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel for Barbara Vale in the above-captioned action.

Dated: November 2, 2020
       New York, New York

*Erika Freeman*

Erika Freeman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Tel: (212) 558-3748
FreemanE@sullcrom.com

*Counsel for Barbara Vale*